The People of the State of New York, Respondent, 
against
Akhtar Sheikh, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (John Cataldo, J.H.O.), rendered September 18, 2014, convicting him, after a nonjury trial, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction, (John Cataldo, J.H.O.), rendered September 18, 2014, affirmed.
The verdict convicting defendant of disorderly conduct (see Penal Law § 240.20[7]) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342 [2007]). There is no basis for disturbing the court's determinations concerning credibility. 
Defendant's present contention that he was denied the effective assistance of counsel is not reviewable on direct appeal because it involves matters outside the record regarding counsel's strategy (see People v Rivera, 71 NY2d 705, 709 [1988]). On the existing record, to the extent it permits review, we find that defendant received effective assistance. In any event, dismissal of the accusatory instrument, the only relief defendant requests on appeal, would not be the appropriate corrective action in this particular case.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 22, 2018